held,
30 min

09/17/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TELEPHONE Status Conference Calendar

Honorable Holly B. Fitzsimmons, U. S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
203-579-5640

September 26, 2003

2:00 p.m.

THIS CONFERENCE MAY NOT BE ADJOURNED EXCEPT BY ORDER OF THE COURT.

3-01-cv-613   (HBF) Collin v Securi Intl
--------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Jonathan A. Beatty | Esty & Buckmir, 714 State St., New Haven, CT 203-495-9999 |
| Patrick J. Day | Conway & Londregan, 38 Huntington St., PO Box 1351, New London, CT 860-447-3171 |
| Miles David Newman Esty | Esty & Buckmir, 714 State St., New Haven, CT 203-495-9999 |
| Thomas J. Hagarty Jr. | Halloran & Sage, One Goodwin Sq., 225 Asylum St., Hartford, CT 860-522-6103 |
| Ralph J. Monaco | Conway & Londregan, 38 Huntington St., PO Box 1351, New London, CT 860-447-3171 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK