FILED

2004 FEB 20  A 9: 51

US D

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID COLLIN, | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | 3:01 - CV - 0613 (WWE) |
| | ) | |
| vs. | ) | |
| | ) | |
| SECURI INTERNATIONAL, ET AL. | ) | |
| | ) | February 6, 2004 |
| Defendants. | ) | |

## STIPULATION

The parties hereby stipulate that the matter has been settled and stipulate that the case is voluntarily withdrawn.

Respectfully submitted,
THE PLAINTIFF
David Collin

By
Ralph J. Monaco, Esq.
CT-13306
Of Conway & Londregan, P.C.
38 Huntington St., P.O. Box 1351
New London, CT 06320-1351
860-447-3171 / FAX 860-444-6103
His Attorneys

Respectfully submitted,
THE DEFENDANT
Securi International

By
Thomas J. Hagarty, Jr., Esq.
CT _____
Of Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303
860-297-4638 / FAX 860-548-0006
Their Attorneys

Respectfully Submitted,
THE DEFENDANT
Longview Recreational Vehicle Superstores, Inc.

By_____
    Jonathan Beatty, Esq.
    CT _____
    Of Esty & Buckmir, LLC
    714 State Street
    New Haven, CT 06511-6510
    203-495-9999/FAX 203-495-9662
    Their Attorneys