FILED

2004 FEB 20 A 9: 51

US [illegible]

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID COLLIN, | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | 3:01 - CV - 0613 (WWE) |
| | ) | |
| vs. | ) | |
| | ) | |
| SECURI INTERNATIONAL, ET AL. | ) | |
| | ) | February 6, 2004 |
| Defendants. | ) | |

## STIPULATION

The parties hereby stipulate that the matter has been settled and stipulate that the case is voluntarily withdrawn.

Respectfully submitted,
THE PLAINTIFF
David Collin

By_____
Ralph J. Monaco, Esq.
CT-13306
Of Conway & Londregan, P.C.
38 Huntington St., P.O. Box 1351
New London, CT 06320-1351
860-447-3171 / FAX 860-444-6103
His Attorneys

Respectfully submitted,
THE DEFENDANT
Securi International

By_____
Thomas J. Hagarty, Jr., Esq.
CT_____
Of Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303
860-297-4638 / FAX 860-548-0006
Their Attorneys